# Exhibit 1

U.S. Patent D586,160

(12) **United States Design Patent**  (10) Patent No.: **US D586,160 S**
Lenterman  (45) **Date of Patent:** ⁂⁂ **Feb. 10, 2009**

(54) **ARMREST FOR A CHAIR**

(75) Inventor: **Henri B. Lenterman**, Chino Hills, CA (US)

(73) Assignee: **Intro-Tech Automotive, Inc.**, Chino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/305,605**

(22) Filed: **Mar. 25, 2008**

(51) **LOC (9) Cl.** ................................................. **06-01**
(52) **U.S. Cl.** ...................................... **D6/501**
(58) **Field of Classification Search** ................. D6/334, D6/364–367, 374, 376, 379, 491, 500–502; 297/411.2, 411.27, 411.26, 411.36, 411.34, 297/452.37, 463.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D444,008 S | * | 6/2001 | Simons et al. ................ | D6/501 |
| D491,758 S | * | 6/2004 | True ............................ | D6/501 |
| D538,077 S | * | 3/2007 | McDiarmid et al. .......... | D6/501 |
| D538,565 S | * | 3/2007 | Mazzera ....................... | D6/501 |
| D539,574 S | * | 4/2007 | Vong ............................ | D6/501 |
| D539,575 S | * | 4/2007 | McDiarmid et al. .......... | D6/501 |
| D543,060 S | * | 5/2007 | Mazzera ....................... | D6/501 |
| D543,390 S | * | 5/2007 | Grove et al. ................... | D6/501 |
| D550,001 S | * | 9/2007 | Mazzera ....................... | D6/501 |
| D557,953 S | * | 12/2007 | Mazzera ....................... | D6/501 |
| D557,954 S | * | 12/2007 | Mazzera ....................... | D6/501 |

* cited by examiner

*Primary Examiner*—Caron Veynar
*Assistant Examiner*—Abraham Bahta
(74) *Attorney, Agent, or Firm*—Intellectual Property Law Office of Joel D. Voelzke

(57) **CLAIM**

The ornamental design for an armrest for a chair, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view showing the front, left side, and top of two armrests for a chair showing my new design, the broken lines of a chair being for illustrative purposes only and forming no part of my design;

FIG. 2 is an enlarged perspective view of one such armrest for a chair;

FIG. 3 is a top plan view thereof;

FIG. 4 is a left side elevational view, the right side elevational view being a mirror image thereof; and,

FIG. 5 is a front elevational view thereof.

The characteristic feature of the design resides in the application of a groove pattern resembling the tread on an automobile tire to the armrest for a chair.

**1 Claim, 2 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5